STATE v. NATHANIEL BUNTING.

*Form of Indictment for Perjury.*

An indictment for perjury must charge that it was done feloniously.

INDICTMENT for perjury, tried before *Graham, J.,* at October Term, 1895, of SAMPSON Superior Court.

*The Attorney General* and *Messrs. Shepherd & Busbee,* for the State.

*Messrs. F. R. Cooper* and *John D. Kerr,* for the defendant (appellant).

FAIRCLOTH, C. J. : The defendant was indicted and convicted of the crime of perjury. A motion in arrest of judgment, because the indictment failed to charge that it was committed "*feloniously,*" was overruled and the defendant appealed. This question has been so often decided that it requires no further discussion. *State* v. *Purdie,* 67 N. C., 25 ; *State* v. *Skidmore,* 109 N. C., 795 ; *State* v. *Bryan,* 112 N. C., 848 ; *State* v. *Caldwell, Ibid.,* 854 ; *State* v. *Wilson,* 116 N. C., 979 ; *State* v. *Snow,* 117 N. C., 774.

Reversed.